

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2019

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**, and Bishop Gerald R. Barnes,
Appellants

v.

John **DOE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 8, 2019, appellee timely filed a Motion for Rehearing or En Banc Reconsideration, requesting a thirty day extension. After consideration, we **GRANT** the motion. The new due date is September 9, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court